**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

CHRISTOPHER PAWLOSKI,

    Plaintiff,

v.                                Case No. 13-11445

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

                                          /

**JUDGMENT**

In accordance with the court's "Opinion and Order Denying Plaintiff's Motion for Summary Judgment and Granting Defendant's Motion for Summary Judgment," dated July 31, 2014,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant Commissioner of Social Security. Dated at Detroit, Michigan, this 31st day of July, 2014.

                                              DAVID J. WEAVER
                                              CLERK OF THE COURT

                                                S/Lisa Wagner
                                           By: Lisa Wagner, Case Manager
                                              to Judge Robert H. Cleland